CHARLES E. QUINCEY et al., as Executors of ADOLPH H. BORMAN, Appellants, *v.* JOSEPH H. EMERY, Respondent.

*Quincey* v. *Emery*, 187 App. Div. 930, affirmed.

(Argued January 14, 1920; decided January 30, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1919, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. Borman & Co., the head of which firm was Adolph H. Borman, the plaintiffs' testator, were stockbrokers in the city of New York. That firm, at different times, opened accounts in its books designated therein as follows: J. H. Emery, F. C. Emery, F. C. Emery " No. 2," E. H. Clift, C. A. Bickford, J. H. Emery " B," J. H. Emery " H," J. H. Emery " Special." The alleged claims of Borman & Co. were assigned to Adolph H. Borman, who was the original plaintiff. He died in August, 1915. The defendant is sought to be charged in this action with responsibility for all of the above accounts. Two causes of action are alleged: *One,* that all of these accounts were the defendant's own personal accounts; and, *two,* that there had been an account stated which embraced all of the debit balances of these several accounts.

*Jacob I. Berman* for appellants.

*Charles E. Rushmore* and *Louis Werner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.